IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. NUNLEY, II,

    Petitioner,                    No. CIV S-11-0607 KJM EFB P

    vs.

M.D. McDONALD,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 27, 2011, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 27, 2011 request for extension of time is granted the August 15, 2011 traverse is deemed timely filed.

DATED: August 25, 2011.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE